IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DONNA COOK**                                                                                                          **PLAINTIFF**

**VS.**                                          **CIVIL ACTION NO.  4:06CV00133-TSL-LRA**

**TYSON FOODS, INC.**                                         **DEFENDANTS**
**and TYSON FARMS, INC.**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause is now before the Court upon the parties' joint *ore tenus* motion for dismissal of this action with prejudice.  The Court is of the opinion that the motion should be granted.  Accordingly, it is

ORDERED AND ADJUDGED that this action shall be and same is hereby fully and finally dismissed with prejudice, with each party to bear their or its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this the 12th day of February, 2008.

                                                      /s/Tom S. Lee
                                                      UNITED STATES DISTRICT JUDGE

AGREED:

/s Ron L. Woodruff
Ron L. Woodruff (MSB #100391)
Waide & Associates, PA
P. O. Box 1357
Tupelo, Mississippi 38802
Telephone: 662-842-7324
    Counsel of Record for Plaintiff




/s/ Walter J. Brand
Walter J. Brand (MSB # 4313)
Amy C. Felder (MSB #10667)
Watkins & Eager PLLC
400 East Capitol Street, Suite 300
Jackson, Mississippi 39205
Telephone: 601-948-6470
    Counsel of Record for Tyson Foods, Inc.
    and Tyson Farms, Inc.